01-15-00864-CR

CAUSE NO. 74415

THE STATE OF TEXAS                        412th District Court
vs                                        of                    FILED IN
                                                                1st COURT OF APPEALS
Misyoshi Timms                            Brazoria County, Texas   HOUSTON, TEXAS

                                                                10/12/2015 2:48:19 PM
              NOTICE OF ASSIGNMENT ON APPEAL        CHRISTOPHER A. PRINE
                                                                Clerk

        ON THE 12th day of  October, 2015, the defendant in the above styled and numbered

cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of

Appeals, First Judicial District.


Date of Judgment or Other Order Appealed From: 8/28/15

Date of Sentencing:   8/28/15

Name of Trial Court Judge:    W. Edwin Denman

Name of Court Reporter:      Jill Friedrichs

Name and Address of Defense Attorney on Appeal:
                              Crespin Linton, (Appointed)
                              440 Louisiana, Suite 900
                              Houston, Texas 77002

Name and Address of Attorney for the State on Appeal:
                              Jeri Yenne, District Attorney
                              Brazoria County Courthouse
                              111 East Locust, Suite 408-A
                              Angleton, TX  77515

Defendant Incarcerated?       Yes

Motion for New Trial Filed?  No

Appeal Bond: No      Date  N/A

Offense and Punishment: AGGRAVATED ASSAULT: TWO (2) YEARS – TDCJ-ID

                              RHONDA BARCHAK, District Clerk

                              By /S/  Kathleen McDougald, Deputy


Appeal Notice of Assignment

FILED
at 10:07 o'clock ___ M.

OCT 12 2015

Clerk of District Court Brazoria Co., Texas
BY _____ KmM _____ DEPUTY

NO. 74415

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| MISYOSHI TIMMS | § | 412TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF APPEAL

NOW COMES, the Defendant, Misyoshi Timms, and pursuant to the provisions of Article 44.02 of the Texas Code of Criminal Procedure and Texas Rule Of Appellate Procedure 25.2 and having been sentenced to 2 years in prison on August 28, 2015, in this court, and files this written notice of appeal to the Court of Appeals. Defendant asserts that she is indigent and prays for the appointment of appellate counsel and the preparation of a free record to be provided to her.

SIGNED on this 12th day of October, 2015.

_____
CRESPIN MICHAEL LINTON
440 Louisiana, Suite 900
Houston, Texas 77002
(713) 236-1319
(713) 236-1242 (FAX)
crespin@hal-pc.org
Texas Bar No. 12392850
Attorney for Defendant